# United States District Court

*Eastern District of Missouri*
*Southeastern Division*
*555 Independence, Room 2000*
*Cape Girardeau, Missouri 63703*

*James G. Woodward*                                                                                          *Phone: 573-331-8800*
  *Clerk of Court*

May 24, 2012

U.S. District Clerk
Eastern District of Tennessee
800 Market Street
Knoxville, TN 37902

RE:  USA v. John Anderson
       Our Case No. 1:12CR00068CEJ
       Your Case No. 3:11CR05002-001

Dear Clerk:

Pursuant to Title 18, United States Code, Section 3653, enclosed is an original Transfer of Jurisdiction (Form 22) signed by district judges in both districts.

Please forward certified copies of the Indictment or Information, Judgment and Order of Supervised Release, Docket Sheet and Transfer of Jurisdiction.

If you have any questions, please feel free to contact me.

Sincerely yours,

JAMES G. WOODWARD,  CLERK


By:    *Michelle Schaefer*
          Deputy Clerk


enc.